## UNITED STATES of America, Plaintiff–Appellant,

v.

## Floyd MCLEAN, Defendant–Appellee.

No. 04–13534.
D.C. Docket Nos. 99–07359 CV–SH, 94–06114 CR–SH.

United States Court of Appeals,
Eleventh Circuit.

June 13, 2005.

Robert B. Cornell, Fort Lauderdale, FL, Anne R. Schultz, U.S. Attorney's Office—S.D. of Florida, Miami, FL, for Plaintiff–Appellant.

Before DUBINA and WILSON, Circuit Judges, and LAWSON,* District Judge.

PER CURIAM.

Appellant, the United States, appeals the district court's order granting habeas relief to appellee Floyd McLean on his motion to vacate, filed under 28 U.S.C. § 2255.

The issues presented on appeal are (1) whether McLean's claim of ineffective assistance of counsel for counsel's failure to review a videotape with him so that McLean could enter into plea negotiations with the government related back to his original claims; and (2) if the claim related back, did McLean demonstrate sufficient prejudice due to his attorney's inadequate performance.

We review a district court's application of Fed.R.Civ.P. 15(c) for abuse of discretion. *See Davenport v. United States,* 217 F.3d 1341, 1343 n. 4 (11th Cir.2000).

After reviewing the record, reading the parties' briefs, and having the benefit of oral argument, we affirm the district court's order granting McLean's § 2255 motion.

**AFFIRMED.**